JANET HEROLD
Regional Solicitor
SUSAN SELETSKY
Chief Counsel for FLSA Litigation
CHARLES SONG,
Trial Attorney (CSBN 204497)
Office of the Solicitor
United States Department of Labor
350 S. Figueroa Street, Suite 370
Los Angeles, California 90071
Telephone: (213) 894-5365
Facsimile:  (213) 894-2064
Email: song.charles.c@dol.gov

Attorneys for the Petitioner
United States Department of Labor

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>SSC APPAREL, INC.,<br><br>　　　　　　Respondent. | Case No.: 2:17-mc-000153-CAS(AGRx)<br><br>**ORDER TO SHOW CAUSE** |

Petitioner, Secretary of Labor, United States Department of Labor ("Secretary"), has, pursuant to Section 9 of the Fair Labor Standards Act of 1938, as amended (29

**[Proposed] Order to Show Cause**　　　　　　　　　　　　　　　　　　　　Page 1 of 2

U.S.C. §§ 201, *et seq.* (hereinafter "FLSA"), applied to this Court for an Order requiring the Respondent, a corporation, to appear (by representative), to produce the records, papers, and documents set forth in a subpoena *duces tecum* issued by the Regional Administrator, Wage & Hour Division, U.S. Department of Labor, and duly served upon the Respondent.

Having considered the matters set forth in the Petitioner's pleadings herein, it is hereby

ORDERED that Respondent appear and SHOW CAUSE, if any there be, why the Respondent should not be ordered by this Court to comply with the administrative subpoena *duces tecum* issued to the Respondent by the Regional Administrator, Wage and Hour Division, U.S. Department of Labor on August 25, 2017, (a copy of which is Exhibit A of the Petition filed herein);

That the Respondent has filed and served its responsive brief[10] on February 2, 2018; and it is further

ORDERED that the Respondent appear at a hearing to be held on the Secretary's Petition on March 5, 2018, at 10:00 o'clock a.m. at the United States Courthouse, in courtroom number 8D, 8th Floor, located at 350 West First Street, Los Angeles, California 90012.

Dated: February 6, 2018.

*Christine A. Snyder*
United States District Judge